AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Andrew Millard<br>*Defendant* | ) Case: 1:24-mj-00196<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 6/5/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Andrew Millard__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building

Date: __06/05/2024__                                             __Zia M. Faruqui__
                                                                          *Issuing officer's signature*

City and state:     __Washington, D.C.__                __Zia M. Faruqui, U.S. Magistrate Judge__
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* __6-5-24__, and the person was arrested on *(date)* __6-12-24__
at *(city and state)* __Indianapolis, IN__.

Date: __6-12-24__                                             __Marshall__
                                                                          *Arresting officer's signature*

                                                                          __Marshall Lee, Special Agent__
                                                                          *Printed name and title*